UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

OMARYS RODRIGUEZ, et al.,

25-CV-10607 (VF)

Plaintiffs,

**ORDER**

-against-

BOZZUTO'S INC., et al.,

Defendants.

-------------------------------------------------------------------x

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties represent that they have a mediation scheduled for March 13, 2026. See ECF

No. 9. The parties are directed to provide a joint status update by **March 23, 2026**.

**SO ORDERED.**

DATED:     New York, New York
           February 6, 2026

_____
VALERIE FIGUEREDO
United States Magistrate Judge